# CERTIFICATE OF RESOLUTIONS

  I, Andrew S. Garrett, a duly authorized officer of Garrett Management Services Corporation (the "Manager"), the Manager of International Place at Tysons, LLC, a Virginia limited liability company (the "Company"), hereby certify that the Company has adopted the following resolutions in accordance with the requirements of the limited liability company laws of the Commonwealth of Virginia, and that these resolutions have not been modified or rescinded and are still in full force and effect as of the current date:

  RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

  RESOLVED, that Andrew S. Garrett and each officer of the Manager (each such designee or officer being an "Authorized Person") are hereby authorized, empowered, and directed, in the name, and on behalf of the Company, to execute and verify petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Virginia, at such time or in such other jurisdiction as such Authorized Person executing the same shall determine.

  RESOLVED, that the law firm of Hirschler Fleischer PC is hereby engaged as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

  RESOLVED, that each Authorized Person, and any employees or agents (including counsel) designated or directed by an Authorized Person, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

  RESOLVED, that each Authorized Person be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to engage and retain all assistance by legal counsel, accountants, financial advisors, and other professionals in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

IN WITNESS WHEREOF, I have set my hand this _5TH_ day of February, 2018.

                _____
                Andrew S. Garrett, President
                Garrett Management Services
                Corporation, Manager of International
                Place at Tysons, LLC