```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE EASTERN DISTRICT OF VIRGINIA
                              Alexandria Division
```

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERNATIONAL PLACE ) | |
| OF TYSONS, LLC, ) | Case No. 18-10431-BFK |
| ) | (Chapter 11) |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE

Please take notice that Neil D. Goldman and John P. Van Beek, and the law firm of Goldman & Van Beek, P.C., hereby enter their appearance in this case on behalf of and as attorneys for Andrew S. Garrett. Please ensure that all pleadings, notices, and other documents in the debtor's case are served upon the following at the address set forth below:

Neil D. Goldman, VSB #18352
John P. Van Beek, VSB #30897
Goldman & Van Beek, P.C.
510 King Street, Suite 416
Alexandria, VA 22314
phone: (703) 684-3260
fax:   (703) 548-4742
e-mail: jvanbeek@goldmanvanbeek.com
        ngoldman@goldmanvanbeek.com

                                          ANDREW S. GARRETT
                                          By Counsel

GOLDMAN & VAN BEEK, P.C.


By:   /s/ John P. Van Beek
      Neil D. Goldman, VSB #30897
      John P. Van Beek, VSB #30897
      510 King Street, Suite 416
      Alexandria, VA 22314
      (703) 684-3260
      (703) 548-4742 Facsimile
      ngoldman@@goldmanvanbeek.com
      jvanbeek@goldmanvanbeek.com

      Attorneys for Andrew S. Garrett


## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of February, 2018, a true copy of the foregoing Notice of Appearance was served by first-class mail, postage prepaid, on International Place of Tysons, LLC, 8133 Leesburg Pike, LLC, Suite 100, Vienna, VA 22182; and via CM/ECF on Stephen E. Leach, Esq., Hirschler Fleischer, PC, 8270 Greensboro Drive, Suite 700, Tysons Corner, VA 22102; and John P. Fitzgerald, III, Office of the U.S. Trustee-Region-4, 115 South Union Street, Room 210, Alexandria, VA 22314.


                                        /s/ John P. Van Beek
                                        John P. Van Beek